UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff, <br><br> -v- <br><br> AMAZING STORE & SMOKE SHOP INC. d/b/a AMAZING STORE & SMOKE SHOP, et al., <br><br> Defendants. | CIVIL ACTION NO. 25 Civ. 4770 (JAV) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision. (ECF No. 7). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants Amazing Store & Smoke Shop Inc. d/b/a Amazing Store & Smoke Shop, and Mohammad Salim Sheikh (collectively, the "Defendants") to respond to the Complaint (ECF No. 1) was August 15, 2025. (ECF Nos. 11; 12). To date, Defendants have not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendants to respond to the Complaint up to and including **August 29, 2025**.

Defendants are warned that failure to answer, move, or otherwise respond to the Complaint by **August 29, 2025**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated:   New York, New York
         August 18, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**