UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

                Plaintiff,

-v-

AMAZING STORE & SMOKE SHOP INC. d/b/a
AMAZING STORE & SMOKE SHOP, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 4770 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 29, 2025, Plaintiff GS Holistic, LLC ("Plaintiff") served a summons and the amended complaint (Dkt. No. 15 ("Amended Complaint")) on Defendant Saleha Dadabhai Sheikh ("Saleha"), making her deadline to respond to the Amended Complaint September 19, 2025. (Dkt. No. 22). See Fed. R. Civ. P. 12(a)(1)(A)(i). On September 23, 2025, Saleha having not responded to the Amended Complaint, the Court sua sponte extended Saleha's time to respond to the Amended Complaint to October 13, 2025. (Dkt. No. 21). On September 25, 2025, Plaintiff served a summons and the Amended Complaint on Defendant Amazing Store & Smoke Shop Inc. ("Amazing Store"), making Amazing Store's deadline to respond to the Amended Complaint October 16, 2025. (Dkt. No. 23). See Fed. R. Civ. P. 12(a)(1)(A)(i). On September 29, 2025, Plaintiff served a summons and the Amended Complaint on Defendant Mohammad Salim Sheikh ("Mohammad", together with Saleha and Amazing Store, the "Defendants"), making Mohammad's deadline to respond to the Amended Complaint October 20, 2025. (Dkt. No. 24). See Fed. R. Civ. P. 12(a)(1)(A)(i). To date, none of the Defendants have responded to the

Amended Complaint.  As a final courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** Defendants' deadline to respond to the Amended Complaint up to and including **November 4, 2025**.

Defendants are warned that failure to answer, move, or otherwise respond to the Amended Complaint by **November 4, 2025**, may result in the Court permitting Plaintiff to initiate default proceedings against Defendants.

Dated:      New York, New York                  SO ORDERED.
             October 21, 2025

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2