UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

                            Plaintiff,


            -v-


AMAZING STORE & SMOKE SHOP INC. d/b/a
AMAZING STORE & SMOKE SHOP, et al.,

                            Defendants.

CIVIL ACTION NO. 25 Civ. 4770 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 29, 2025, Plaintiff GS Holistic, LLC ("Plaintiff") served a summons and the amended complaint (Dkt. No. 15 ("Amended Complaint")) on Defendant Saleha Dadabhai Sheikh ("Saleha"), making her deadline to respond to the Amended Complaint September 19, 2025. (Dkt. No. 22). See Fed. R. Civ. P. 12(a)(1)(A)(i). On September 23, 2025, Saleha having not responded to the Amended Complaint, the Court sua sponte extended Saleha's time to respond to the Amended Complaint to October 13, 2025. (Dkt. No. 21). On September 25, 2025, Plaintiff served a summons and the Amended Complaint on Defendant Amazing Store & Smoke Shop Inc. ("Amazing Store"), making Amazing Store's deadline to respond to the Amended Complaint October 16, 2025. (Dkt. No. 23). See Fed. R. Civ. P. 12(a)(1)(A)(i). On September 29, 2025, Plaintiff served a summons and the Amended Complaint on Defendant Mohammad Salim Sheikh ("Mohammad", together with Saleha and Amazing Store, the "Defendants"), making Mohammad's deadline to respond to the Amended Complaint October 20, 2025. (Dkt. No. 24). See Fed. R. Civ. P. 12(a)(1)(A)(i). On October 21, 2025, none of the Defendants having responded to the Amended Complaint, the Court sua sponte extended Defendants' deadline to respond to

the Amended Complaint up to and including November 4, 2025.  (Dkt. No. 25).  To date, none of the Defendants have responded to the Amended Complaint, despite the Court's warning to Defendants that the Court may permit Plaintiff to initiate default proceedings against Defendants if they did not timely respond to the Amended Complaint.  (Dkt. No. 25).

Plaintiff is hereby **ORDERED** to request Certificates of Default against Defendants from the Clerk of Court by **November 19, 2025**, and to file a Motion for Default Judgment against Defendants in accordance with the Individual Practices of the Honorable Jeannette A. Vargas, Section 5.M and Attachment A; Rule 55 of the Federal Rules of Civil Procedure; and S.D.N.Y. Local Rule 55 by **December 3, 2025**.

Dated:       New York, New York           SO ORDERED.
               November 5, 2025

**SARAH L. CAVE**
**United States Magistrate Judge**