UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

                          Plaintiff,

     -v-

                                                    CIVIL ACTION NO. 25 Civ. 4770 (JAV) (SLC)

                                                    **ORDER**

AMAZING STORE & SMOKE SHOP INC. d/b/a
AMAZING STORE & SMOKE SHOP, et al.,

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 32, Plaintiff GS Holistic, LLC ("Plaintiff") was required to (i) request Certificates of Default ("CoDs") against Defendants Amazing Store & Smoke Shop Inc. d/b/a Amazing Store & Smoke Shop, Mohammad Salim Sheikh, and Saleha Dadabhai Sheikh (the "Defendants") from the Clerk of Court by November 19, 2025; and (ii) file a Motion for Default Judgment against Defendants in accordance with the Individual Practices of the Honorable Jeannette A. Vargas, Section 5.M and Attachment A; Rule 55 of the Federal Rules of Civil Procedure; and S.D.N.Y. Local Rule 55 by December 3, 2025.  (Dkt. No. 32 at 2).  On November 19, 2025, Plaintiff filed proposed CoDs, which the Clerk of Court marked as deficient. (Dkt. No. 33–38; Dkt. Entries dated Nov. 24, 2025).  To date, Plaintiff has not re-filed the proposed CoDs.  On or before **December 8, 2025**, Plaintiff shall re-file the proposed CoDs pursuant to the Clerk of Court's instructions provided on November 24, 2025.  (See Dkt. Entries dated Nov. 24, 2025).

Further, given that Plaintiff has not yet obtained the CoDs against Defendants from the Clerk of Court, as a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file

a Motion for Default Judgment against Defendants in accordance with the Individual Practices of the Honorable Jeannette A. Vargas, Section 5.M and Attachment A; Rule 55 of the Federal Rules of Civil Procedure; and S.D.N.Y. Local Rule 55 by no later than **December 15, 2025**.

Plaintiff is warned that failure to re-file the proposed CoDs by **December 8, 2025** and/or failure to obtain the CoDs and file a Motion for Default Judgment against Defendants by **December 15, 2025** may result in the Court dismissing this action for failure to prosecute.

Dated:      New York, New York          SO ORDERED.
            December 1, 2025

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2