UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

                                  Plaintiff,

          -v-                                                    CIVIL ACTION NO. 25 Civ. 4770 (JAV) (SLC)

                                                                                    **ORDER**

AMAZING STORE & SMOKE SHOP INC. d/b/a
AMAZING STORE & SMOKE SHOP, et al.,

                                  Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff GS Holistic, LLC's ("Plaintiff") motion for default judgment against Defendants Amazing Store & Smoke Shop Inc., Mohammad Salim Sheikh, and Saleha Dadabhai Sheikh (together, "Defendants"). (Dkt. No. 49 (the "Motion")). Pursuant to the Honorable Jeannette A. Vargas' referral to the undersigned for a report and recommendation on the Motion and to conduct an inquest on damages, (see Dkt. No. 55), it is hereby **ORDERED** that:

1.  Plaintiff has submitted a memorandum of law, a supporting affirmation, and exhibits in support of its Motion. (Dkt. No. 49–51 (the "Damages Submission")).

2.  Defendants shall submit their response to Plaintiff's Damages Submission, if any, no later than **January 26, 2026**. IF DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAIL TO CONTACT MY CHAMBERS BY **JANUARY 26, 2026** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND

RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S DAMAGES SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989))).

Plaintiff is directed to serve this Order on Defendants and file proof of service on the docket by no later than **January 19, 2026.**

Dated:        New York, New York
              January 12, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2