UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GS HOLISTIC, LLC, | |
| Plaintiff, | |
| -v- | CIVIL ACTION NO. 25 Civ. 4770 (JAV) (SLC) |
| | **ORDER** |
| AMAZING STORE & SMOKE SHOP INC. d/b/a AMAZING STORE & SMOKE SHOP, <u>et</u> <u>al.</u>, | |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Report and Recommendation dated May 6, 2026, (Dkt. No. 59 (the "R&R")), Plaintiff GS Holistic, LLC ("Plaintiff") was required to file proof of service of the R&R on Defendants Amazing Store & Smoke Shop Inc., Mohammad Salim Sheikh, and Saleha Dadabhai Sheikh (together, "Defendants") by May 13, 2026. (Dkt. No. 59 at 25). To date, Plaintiff has not filed the required proof of service. As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** Plaintiff's deadline to file the required proof of service to **May 25, 2026**.

Dated:      New York, New York
            May 18, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge