**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

GS HOLISTIC, LLC,

                         Plaintiff,                     25 **CIVIL** 4770 (JAV) (SLC)

        -against-                            **JUDGMENT**

AMAZING STORE & SMOKESHOP INC d/b/a
AMAZING STORE & SMOKE SHOP,
MOHAMMED SALIM SHEIKH, AND SALEHA
DADABHAI SHEIKH,

                         Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 05, 2026, the Court adopts the Report & Recommendation in its entirety. Judgment is entered as follows: 1) Permanently enjoining Defendant Amazing Store & Smoke Shop Inc. d/b/a Amazing Store & Smoke Shop and its agents, employees, officers, directors, owners, representative, successor companies, related companies, and all persons acting in concert or participation with it from the import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment licensing, development, display, delivery, marketing, advertising or promotion of the counterfeit G PEN product identified in the Amended Complaint and any other unauthorized G PEN product, counterfeit, copy or colorful imitation thereof; 2) Awarding Plaintiff statutory damages against Defendants jointly and severally in the amount of $450,000; 3) Awarding Plaintiff costs against Defendants jointly and severally in the amount of $440.00; and 4) Post-judgment interest at the statutory rate and the case is closed.

**Dated:** New York, New York
         June 5, 2026

                                      **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

                        **BY:** _____
                                        **Deputy Clerk**